FILED ___ ENTERED
___ LODGED ___ RECEIVED

SEP 20 2010

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                              DEPUTY

10-CV-01112-ORD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MOHSEN REZAKHAN KHAJEH,

          Petitioner,

v.

A. NEIL CLARK, Field Office Director, U.S. Immigration and Customs Enforcement,

          Respondent.

Case No. C10-1112-JLR

**ORDER OF DISMISSAL**

The Court, having reviewed petitioner's petition for writ of habeas corpus (Dkt. 6), respondent's motion to dismiss (Dkt. 13), the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, and any objections or responses to that, and the remaining record, finds and Orders as follows:

1. The Court adopts the Report and Recommendation;

2. Respondent's motion to dismiss (Dkt. 13) is GRANTED and this action is DISMISSED without prejudice; and

3. The Clerk shall send a copy of this Order to the parties and to Judge Tsuchida.

DATED this 20th day of Sept., 2010.

JAMES L. ROBART
United States District Judge

ORDER OF DISMISSAL - 1